GRANT J. HALLSTROM (SBN: 203830)
BETTY J. LEVINE (SBN: 105971)
PAUL J. KURTZHALL (SBN: 264483)
HALLSTROM, KLEIN & WARD, LLP
15615 Alton Pkwy, Suite 175
Irvine, CA 92618
Telephone: (949) 450-8500
Facsimile: (949) 450-1588

Attorneys for Plaintiff
MARIA MERAZ

STEPHEN E. RONK (SBN: 164333)
Email: sronk@grsm.com
ERIKA L. SHAO (SBN: 265917)
Email: eshao@grsm.com
NICOLE T. LOMIBAO (SBN: 268458)
Email: nlomibao@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
L'ORÉAL USA, INC., erroneously sued as
L'ORÉAL USA S/D, INC. and
SALLY BEAUTY SUPPLY LLC, erroneously sued as
SALLY BEAUTY SUPPLY, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MERAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SALLY BEAUTY SUPPLY, LLC, a Delaware limited liability company; L'ORÉAL USA S/D, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-01091-CJC (PLAx)<br><br>Judge: Cormac J. Carney<br>Courtroom: 9B<br><br>Complaint filed: 5/22/2017<br>Trial Date: 9/18/2018<br><br>**[PROPOSED] ORDER APPROVING STIPULATION AND PROTECTIVE ORDER SUBMITTED AND SIGNED BY THE PARTIES**<br><br>**[Stipulation and Proposed Protective Order filed concurrently herewith]** |

This Court, having read and considered the Stipulation and Protective Order submitted and signed by Plaintiff Maria Meraz and Defendants L'Oreal USA, Inc. and Sally Beauty Supply LLC, through their counsel of record, and finding good cause therefor, hereby approve the Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATED: December 14, 2017

_____
The Honorable Paul L. Abrams
United States Magistrate Judge